```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

CARLOS JACK SUBEL, # 141448,   \*
                                \*
    Plaintiff,              \*
                                \*
vs.                             \*   CIVIL ACTION NO. 23-00367-JB-B
                                \*
BRENDA Q. GANEY, *et al.*,      \*
                                \*
    Defendants.             \*

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated February 16, 2024 (Doc. 7) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to obey the Court's order.

**DONE and ORDERED** this 15th day of March, 2024.

                                  /s/ JEFFREY U. BEAVERSTOCK
                                  CHIEF UNITED STATES DISTRICT JUDGE