IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CARLOS JACK SUBEL, # 141448,    *
                                *
    Plaintiff,                  *
                                *
vs.                             *   CIVIL ACTION NO. 23-00367-JB-B
                                *
BRENDA Q. GANEY, *et al.*,      *
                                *
    Defendants.                 *

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to obey the Court's order.

**DONE and ORDERED** this 15th day of March, 2024.

                                            /s/ JEFFREY U. BEAVERSTOCK
                                            CHIEF UNITED STATES DISTRICT JUDGE